**NOT FOR PUBLICATION**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

SOCORRO BANASAN DE GUZMAN,

Petitioner,

v.

ERIC H. HOLDER, Jr., Attorney General,

Respondent.

No. 10-72029

Agency No. A088-553-616

MEMORANDUM[*]

On Petition for Review of an Order of the
Board of Immigration Appeals

Submitted August 8, 2012[**]

Before:    ALARCÓN, BERZON, and IKUTA, Circuit Judges.

Socorro Banasan De Guzman, a native and citizen of the Philippines,

petitions for review of the Board of Immigration Appeals' order dismissing her

appeal from an immigration judge's order denying her motion to reopen removal

proceedings conducted in absentia.  Our jurisdiction is governed by 8 U.S.C.

---

[*]    This disposition is not appropriate for publication and is not precedent
except as provided by 9th Cir. R. 36-3.

[**]    The panel unanimously concludes this case is suitable for decision
without oral argument.  *See* Fed. R. App. P. 34(a)(2).

§ 1252. We review for abuse of discretion the denial of a motion to reopen. *Najmabadi v. Holder*, 597 F.3d 983, 986 (9th Cir. 2010). We deny in part and dismiss in part the petition for review.

The agency did not abuse its discretion in denying De Guzman's motion to reopen because she failed to demonstrate changed circumstances in the Philippines. *See* 8 C.F.R. § 1003.23(b)(4)(i); *Najmabadi*, 597 F.3d at 990.

We lack jurisdiction to consider De Guzman's unexhausted request for humanitarian relief. *See Barron v. Ashcroft,* 358 F.3d 674, 678 (9th Cir. 2004).

**PETITION FOR REVIEW DENIED in part; DISMISSED in part.**